IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OPTIUM CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. NO. _____ |
| | ) | |
| EMCORE CORPORATION, | ) | |
| JDS UNIPHASE CORPORATION | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Optium Corporation ("Optium") as and for its Complaint against defendants

Emcore Corporation and JDS Uniphase Corporation (collectively "Defendants"), hereby demand

a trial by jury and allege as follows:

### INTRODUCTION

1.    This is a suit for declaratory judgment arising out of a patent dispute between

Optium and Defendants.  Defendants have accused Optium of infringing United States Patent

No. 6,519,374 (the'374 patent or the  "patent-in-suit") (attached as Exhibit A) and have

unsuccessfully sought to bring suit against Optium in the Western District of Pennsylvania.

Optium denies liability on the patent-in-suit due to non-infringement.  In short, there is a current,

actual controversy between the parties that requires this Court's intervention to declare that

Optium is not infringing the patent-in-suit.  As described below, Defendants' conduct against

Optium has given rise to a reasonable apprehension on Optium's part that Defendants plan imminently to sue Optium for infringement of the patent-in-suit.

## THE PARTIES

2.     Plaintiff Optium is a Delaware corporation with its principal place of business at 200 Precision Drive, Horsham, PA 19044.

3.     Defendant Emcore Corporation ("Emcore") is a New Jersey corporation with its principal place of business at 145 Belmont Drive, Somerset, New Jersey 08873.

4.     Defendants JDS Uniphase Corporation ("JDSU") is a Delaware corporation with its principal place of business at 430 N. McCarthy Boulevard, Milpitas, California 95035.

## JURISDICTION AND VENUE

5.     This is an action pursuant to 28 U.S.C. § 2201 and § 2202 for a declaration of the rights of the parties with respect to an actual controversy concerning whether Optium is infringing a patent Defendants claim to own to and to have the right to assert.

6.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1338(a) for all claims herein arising under the United States Patent Act, 35 U.S.C. §§ 1 et seq., or in the alternative, pursuant to 28 U.S.C. § 1367(a), for any claims not so arising.

7.     This Court has personal jurisdiction over Defendants based upon transaction of business in this district and JDSU's being a Delaware corporation.

8.     Venue is proper in the District of Delaware pursuant to 28 U.S.C. § 1391(b) and (c) because Defendants are subject to personal jurisdiction in this district

## FACTS COMMON TO ALL COUNTS

9.     On February 23, 2007, Defendants filed a Motion for Leave to Amend Complaint in a pending litigation between the parties in the Western District of Pennsylvania (Civil Action

No. 2:06-CV-01202). The Motion for Leave to Amend Complaint sought to add the '374 Patent to the already pending action.

10.     Defendants' Amended Complaint included a count alleging the infringement of the '374 Patent by Optium's 1550 nm Quadrature Amplitude Modulated Transmitter.

11.     The claims of the '374 Patent are not infringed by Optium's 1550 nm Quadrature Amplitude Modulated Transmitter.

12.     On information and belief, further investigation will reveal that the claims of the '374 patent are invalid for failure to comply with one or more of the requirements of patentability set out in 35 U.S.C. § 101 et seq.

13.     The Western District of Pennsylvania denied Defendants' Motion for Leave to Amend Complaint on March 14, 2007, noting that to "include an entirely new patent at this stage [of that case] would result in delay, not in the spirit of [that court's] L.P.R.s [Local Patent Rules]." (attached as Exhibit B).

14.     Defendants' statements and conduct have given rise to a reasonable apprehension on Optium's part that Defendants plan imminently to sue Optium for infringement of the patent-in-suit.

## COUNT I

15.     Optium repeats and realleges the allegations set forth in paragraphs 1 through 13 as if fully set forth herein.

16.     An actual controversy exists between the parties regarding the non-infringement of the '374 Patent.

17.     Defendants have accused Optium of infringing the '374 Patent and have demanded from Optium monetary and injunctive relief.

18.    Optium has not infringed any claim of the '374 Patent.

19.    Optium is entitled to a declaratory judgment that Optium does not infringe any of the claims of the '374 Patent.

20.    Optium is also entitled to a declaratory judgment that it is not obligated to pay Defendants any royalties, licensing revenue or other damages in connection with the '374 Patent.

WHEREFORE, Optium demands judgment against Defendants:

(1)    Adjudging and declaring that the claims of the '374 Patent are not infringed by Optium, and also that Optium is not obligated to pay Defendants any damages or royalties in connection with such patents;

(2)    Awarding Optium costs and attorneys' fees; and

(3)    Awarding Optium such other and further relief as this Court deems just and proper.

*        *        *

**JURY TRIAL DEMAND**

Optium hereby demands a trial by jury on all claims so triable.


Dated: March 15, 2007                Respectfully submitted,

                                     YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                     *Christian Douglas Wright*

                                     Josy W. Ingersoll (No. 1088)
                                     John W. Shaw (No. 3362)
                                     Christian D. Wright (No. 3554)
                                     Chad S.C. Stover (No. 4919)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     (302) 571-6600
                                     cwright@ycst.com

                                     ATTORNEYS FOR
                                     OPTIUM CORPORATION

OF COUNSEL:

Douglas J. Kline
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1540
Facsimile: (617) 523-1231
Email: dkline@goodwinprocter.com
Email: mmcnamara@goodwinprocter.com

Benjamin Hershkowitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: bhershkowitz@goodwinprocter.com

# EXHIBIT A

US006519374B1

(12) **United States Patent**　　(10) Patent No.: **US 6,519,374 B1**
　　　Stook et al.　　　　　　　　　(45) Date of Patent: **Feb. 11, 2003**

(54) **PREDISTORTION ARRANGEMENT USING MIXERS IN NONLINEAR ELECTRO-OPTICAL APPLICATIONS**

(75) Inventors: **Christopher Robert Stook**, North Wales, PA (US); **Stephen Bradley Krasulick**, Fogelsville, PA (US)

(73) Assignee: **Uniphase Corporation**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/281,235**

(22) Filed: **Mar. 30, 1999**

(51) Int. Cl.$^7$ ........................... G02F 1/035; H04B 10/04
(52) U.S. Cl. ................................. 385/2; 385/1; 385/14; 385/24; 385/122; 359/161; 359/180; 359/181
(58) Field of Search .............................. 385/1, 2, 3, 14, 385/24, 31, 88, 89, 92, 122; 359/180, 181, 161, 153, 132, 124

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,992,754 A | 2/1991 | Blauvelt et al. | 330/149 |
| 5,252,930 A | 10/1993 | Blauvelt | 330/149 |
| 5,327,279 A | 7/1994 | Farina et al. | 359/180 |
| 5,570,063 A | * 10/1996 | Eisenberg | 330/149 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 2306294 | 5/1974 | ............ | 359/180 X |
| DE | 3307309 | 9/1984 | ............ | 359/180 X |
| DE | 4120029 | 12/1992 | ............ | 359/180 X |
| EP | 0594344 | 4/1994 | ............ | 359/180 X |
| FR | 2713851 | 6/1995 | ............ | 359/180 X |

OTHER PUBLICATIONS

Hewlett Packard, IAM–8 Series Active Mixers, Application Note S013, Hewlett Packard Corporate Product Publication, (No date).

Hewlett Packard, Silicon Bipolar MMIC 5 GHz Active Double Balanced Mixer/IF Amp, Technical Data, Hewlwtt Packard Corporate Product Publication, (No date).

Manfred Bertelsmeier and Willmut Zschunke, Linearization of Broadband Optical Transmission Systems by Adaptive Predistortion, Sep. 1984, Frequenz.

* cited by examiner

*Primary Examiner*—Brian Healy

(57) **ABSTRACT**

A predistortion arrangement is described for using an input signal to drive a nonlinear device having a drive input. Initially, first means sample a portion of the input signal. The sampled portion of the input signal is introduced to at least one predistortion path including a mixer responsive to the sampled portion of the input signal for producing at least second order intermodulation products of the input signal. The second order intermodulation products are conditioned. Combining means then combine the conditioned second order intermodulation products with the sampled input signal in a way which produces a predistorted drive signal compensated for second order distortion for use in driving the drive input of the nonlinear device. In one aspect, the sampling means and the combining means may be provided using resistive networks. The use of the resistive networks eliminates the need for directional couplers incorporating magnetic components. Accordingly, the predistortion arrangement including the mixer and the resistive networks may be provided in the form of an integrated circuit.

**21 Claims, 4 Drawing Sheets**





FIGURE 1
(Prior Art)



FIGURE 2
(Prior Art)



FIGURE 3
(Prior Art)



FIGURE 4



FIGURE 5

US 6,519,374 B1

1

## PREDISTORTION ARRANGEMENT USING MIXERS IN NONLINEAR ELECTRO-OPTICAL APPLICATIONS

### BACKGROUND OF THE INVENTION

The present invention relates generally to predistortion compensation in nonlinear electro-optical applications and, more particularly, to a predistortion arrangement which includes at least one mixer for producing second or higher order intermodulation products which are useful in distortion compensation. The invention is particularly well suited for production in integrated circuit form.

Nonlinear distortion is problematic in the use of nonlinear electro-optical devices such as, for example, lasers and modulators. One prior art approach, as described in U.S. Pat. No. 4,992,754, issued to Blauvelt et al., relies on predistorting an input signal in an attempt to counteract the nonlinearity of the electrooptical device in a way which is intended to provide an overall linear transfer function. As described by the '754 patent, prior art techniques generally divide an input signal along two or more electrical paths and generate predistortion along one or more of the paths.

FIGS. 1 and 2 correspond to FIGS. 1 and 3, respectively, taken from the '754 patent with reference numbers applied to the FIGS. consistent with the present description. FIG. 1 illustrates a prior art predistortion arrangement generally indicated by the reference number 10. Arrangement 10 includes input and output directional couplers 12a and 12b, respectively, a time delay circuit 16 in a signal path 18 and a distortion path 20. The latter includes a distortion generator 22, an amplitude adjust section 24, a frequency tilt adjust section 26 and a phase adjust section 28 arranged in series along distortion path 20.

Referring to FIG. 2, the '754 patent contemplates an implementation 30 of the block diagram of FIG. 1, however, no provision is made for distortion generator 22 (see FIG. 1). Implementation 30 does provide distortion path 20 including amplitude adjust section 24, frequency tilt adjust section 26 and phase adjust section 28 all of which are indicated within dashed lines. A detailed accounting of the components in FIG. 2 is not necessary for reasons which will become evident, however, the presence of certain components should be noted. Specifically, a number of magnetic/ inductive components are present. In particular, directional couplers 12a and 12b are normally implemented using transformers. Also, distortion path 20 includes a transformer 30 serving as a signal splitter, inductors L1 and L2 following frequency tilt adjust section 26 and a transformer T2 connected to directional coupler 12b. As will be seen, the presence of these inductive components is considered to be particularly disadvantageous in accordance with the teachings of the present invention.

Referring to FIG. 3, which corresponds to FIG. 2 of the '754 patent having reference numbers applied consistent with the present description, one implementation of a distortion amplifier (see item 22 in FIG. 1) is illustrated in the form of a push-push amplifier generally indicated by reference number 32. Once again, it is of interest here that amplifier 32 includes aforementioned splitter transformer 30. It is submitted that the specific implementations used in the '754 patent, and in the prior art generally, share at least one disadvantage related to requirements for magnetic components which, in turn, imposes limitations on the adaptability of predistortion in compensating for the nonlinearity of electro-optical devices, as will be further described.

2

The present invention provides a highly advantageous drive arrangement utilizing a predistortion for driving nonlinear electro-optical devices in a heretofore unseen manner which resolves the foregoing limitations.

### SUMMARY OF THE INVENTION

As will be described in more detail hereinafter, there is disclosed herein a predistortion arrangement. This arrangement, like the prior art circuits illustrated in FIGS. 1–3, develops predistortion for using an input signal to drive a nonlinear device having a drive input. However, the present invention includes first means for sampling a portion of the input signal. The sampled portion of the input signal is introduced to at least one predistortion path including a mixer responsive to the sampled portion of the input signal for producing at least second order intermodulation products of the input signal. The second order intermodulation products are then conditioned. Combining means then combine the conditioned second order intermodulation products with the sampled input signal in a way which produces a predistorted drive signal compensated for second order distortion for use in driving the drive input of the nonlinear device.

In one aspect of the invention, the sampling means and the combining means are provided using resistive networks. In one feature, the use of the resistive networks eliminates the need for directional couplers incorporating magnetic components. Accordingly, in one feature, the predistortion arrangement including the mixer and the resistive networks may be provided in the form of an integrated circuit.

In another aspect of the invention, higher order intermodulation products may be generated using one or more additional predistortion paths, each of which relies on the use of mixers to generate the higher order intermodulation products.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention may be understood by reference to the following detailed description taken in conjunction with the drawings briefly described below.

FIG. 1 is block diagram of a predistortion circuit which is representative of FIG. 1 from U.S. Pat. No. 4,992,754, illustrating the overall design including its use of directional couplers.

FIG. 2 is a schematic diagram of the circuit shown in FIG. 1 and is representative of FIG. 3 from U.S. Pat. No. 4,992,754, illustrating again the use of directional couplers as well as other magnetic components.

FIG. 3 is a schematic diagram of a distortion amplifier which is representative of FIG. 2 from U.S. Pat. No. 4,992,754, shown here to illustrate the use of a transformer in the amplifier.

FIG. 4 is a block diagram of a predistortion arrangement manufactured in accordance with the present invention, shown here to illustrate the components of the overall arrangement.

FIG. 5 is a schematic diagram of one embodiment of a second order products path, manufactured in accordance with the present invention, which may form part of the arrangement of FIG. 4, shown here to illustrate details of its construction.

### DETAILED DESCRIPTION OF THE INVENTION

Having previously described FIGS. 1–3, attention is immediately directed to FIG. 4 which illustrates a predis-

US 6,519,374 B1

3

tortion arrangement manufactured in accordance with the present invention and generally indicated by the reference numeral 100 for use in driving a nonlinear electro-optical device 102 such as, for example, a laser diode or modulator. Arrangement 100 includes an input 103 into which a suitable RF signal is fed. The signal may comprise a broad band signal for use in modulating the intensity of the output of the particular nonlinear electro-optical device 102 to be driven. As one example, a broad band signal may comprise television signals, in accordance with the NTSC standard. The overall bandwidth of the signal may be 860 MHz or more encompassing 128 or more NTSC signals. It is to be understood that the NTSC standard is used herein for exemplary purposes only and that any suitable signal format may be employed.

Predistortion arrangement 100 includes a fundamental signal path 104 and one or more predistortion paths. In the present example, a first predistortion path is indicated within a dashed line designated by the reference number 106 while a second predistortion path is indicated within another dashed line designated by the reference number 108. The first predistortion path generates intermodulation products of the second order while the second predistortion path generates intermodulation products of the third order. Therefore, first predistortion path 106 may be referred to as a second order products path while second predistortion path 108 may be referred to as a third order products path. The first predistortion path will be discussed in detail immediately hereinafter.

Still referring to FIG. 4, first predistortion path 106 includes a resistive voltage divider network 110 indicated within a dashed line made up of resistors R112 and R114 connected from fundamental signal path 104 in series to a ground 116. An attenuated signal is taken from the junction of resistors R112 and R114 and provided to the Local Oscillator (hereinafter LO) input of a mixer 120a. At the same time, the attenuated signal is also provided to the Radio Frequency (hereinafter RF) input of mixer 120a. In accordance with the present invention, mixer 120a functions in a broad band manner to generate second order intermodulation products at the Intermediate Frequency (hereinafter IF) output. Presently, it is preferred to use a double balanced active mixer as mixer 120 for reasons including high LO-EF isolation, and RF-IF isolation. In a preferred embodiment, a Gilbert cell design is utilized such as is incorporated in the IAM-81008 mixer which is available from Hewlett-Packard. A double balanced active mixer design includes characteristics of high gain and relatively high isolation between the IF output and RF and/or LO inputs. Irrespective of the specific mixer which is used, it is important to note that the present application requires the ability to produce intermodulation products corresponding to a broad bandwidth. Therefore, the use of mixer 120a in this application causes concerns to arise which are not present in frequency limited applications such as that of doubling of a particular frequency. These concerns include bandwidth capabilities of the mixer as well as the phase linearity of the mixer. It is to be understood that any mixer design, either currently available or to be developed, is contemplated for use herein so long as the requisite characteristics are provided.

Second order intermodulation products produced at the IF output of mixer 120a are passed to a series of compensation sections which prepare the second order intermodulation products for proper combination with the fundamental signal. Initially, the second order intermodulation products are provided to a slope adjust section 122 which compensates for amplitude variations occurring with respect to frequency

4

change. Following slope adjust compensation, the second order intermodulation products enter a phase adjust compensation section 124 and, thereafter, pass through an amplitude compensation section 126 which is followed by an amplifier 128. It should be noted that amplifier 128 is considered as optional for reasons to be explained at an appropriate point below. It is noted that the compensation sections may be arranged in a different order than that illustrated. A specific implementation of the compensation sections will be described below.

Continuing to refer to FIG. 4, the second order intermodulation products are then provided to an output resistive network 130 indicated within a dashed line and including resistors R132 and R134. The second order intermodulation products are coupled into a delay line 136 on the fundamental signal path. The purpose of delay line 136 is to introduce a delay along the fundamental signal path which matches the delay of the second order products along first predistortion path 106. FIG. 4 illustrates connection of output resistive network 130 in a tapped manner to the overall delay line 136. Such a tapped delay line may be provided, for example, using a microstrip line formed on a printed circuit board. As illustrated, the line may be tapped so as to provide further delay for another portion of the circuitry.

Still referring to FIG. 4, third order distortion products path 106 is similar to the second order path with the addition of a number of components. Specifically, the additional components include delay lines 141 and 142, an amplifier 143, an attenuator 144, a summing section 145 and another mixer. It is noted that all of the mixers used herein may include the same part number and, therefore, have been identified with the common reference number 120, but with a different letter appended to this common reference number for purposes of clarity. Therefore, the mixers in the third order path have been identified using the reference numbers 120b and 120c. An input resistive network 146 within a dashed line includes resistors R148 and R150 and provides a portion of the overall input signal to amplifier 143. The amplified portion of the input signal is then fed to mixer 120b which produces second order intermodulation products in the same manner as mixer 120a, described above, by providing the same input signal to the RF and LO inputs of the mixer. The second order intermodulation products produced at the IF output of mixer 120b are then fed to the RF input of mixer 120c. The latter also receives, at its LO input, the amplified portion of the input signal delayed by delay line 141. Delay line 141 includes an electrical length matching the electrical length of mixer 120b so that the signal arrives at mixer 120c with the proper phase.

Using the second order products and the delayed amplified portion of the input signal, mixer 120c generates third order intermodulation products at its IF output. Once again, it is important to understand that third order products should be produced corresponding to the entire bandwidth of the fundamental signal. In this regard, the concerns discussed above with regard to the use of mixer 120a in the second order products path are of even more concern since the required bandwidth and phase linearity are more difficult to achieve with the cascade of two mixers than with the single mixer used for generating second order products. The third order intermodulation products are then received by the non-inverting input, (+), of summing section 145. Further suppression of the fundamental signal is achieved by using attenuator 144 and delay line 142 in cooperation with summing section 145, serving as a fundamental cancellation network 151. The need for fundamental cancellation using

US 6,519,374 B1

5

attenuator **144**, delay line **142** and summing section **145** will be addressed at an appropriate point below. For the moment, it should be mentioned that the present invention contemplates provisions for fundamental cancellation in any suitable manner in the third order products path. Moreover, it is noted that the implementation of summing section **145**, attenuator **144** and delay line **142**, for example, in the form of a microstrip line, is considered to be within the skill of one of ordinary skill in the art.

During the operation of the third order products path, attenuator **144** receives a portion of the fundamental signal and reduces its level to an appropriate attenuated value. The attenuated fundamental signal is then delayed by delay line **142** which is configured to match the delay encountered by the fundamental signal and accountable to mixers **120**b and **120**c in producing the third order products. The attenuated fundamental signal is provided to an inverting input, (–), of summing section **145**. With an appropriate level of the fundamental signal present in the summing section, the fundamental or base band signal is substantially canceled so as to avoid a significant interaction with nonlinearities in the compensation sections which follow on the third order products path.

Still describing the third order products path, the compensation sections in the third order products path are functionally equivalent to the series of compensation sections included in the second order distortion path and, therefore, are designated using identical reference numbers with the letter "a" appended thereto. Accordingly, these compensation sections are indicated as slope adjust section **122**a, phase adjust compensation section **124**a and amplitude compensation section **126**a, which are followed by an amplifier **128**a. As mentioned above with regard to amplifier **128**, amplifier **128**a is considered as being optional. It is to be understood that design details of these compensation sections within the third order products path may differ with regard to corresponding sections in the second order products path, for example, due to the need to compensate for the additional components in the nonlinear device to be predistorted. It should also be understood that the present invention contemplates using other products paths to produce higher order (i.e., greater than third order) products by adding mixers, for example, to third order path **108** of FIG. 3.

From amplifier **128**a, the third order products are provided to an output resistive network **150** comprised of resistors R152 and R154 which introduces the third order products back onto the fundamental signal line for combining with the fundamental signal and with the second order products at a point **156** following delay line **136**. It is noted that the delay introduced between the tap at which the second order products are introduced to the fundamental signal path and point **156** may be in the form of a separate delay line having an appropriated lumped value. The final predistorted drive signal is then provided to non-linear electro-optical device **102**.

Having generally described the structure of predistortion arrangement **100**, attention is now directed to specific details of its operation with attendant advantages. First considering second order predistortion path **104**, it should be appreciated that mixer **120**, as specified, provides significant levels of isolation of the fundamental signal in the compensation section of the path. In such, mixer **120**a reduces the level of the fundamental signal at its IF output to a level at least 20 dB below the level of the second order intermodulation products. It is recognized herein that this reduction in the

6

fundamental signal is attributable to the fourier transform of the square of the fundamental signal having only second order terms and a DC term, which is easily eliminated, and the high RF-IF and LO-IF isolation of the mixer. As one advantage associated with this low fundamental level, any of the various functional blocks along the second order products path i.e., slope adjust section **122**, phase adjust section **124** and amplitude adjust section **126**, may be permitted to exhibit some degree of nonlinearity above levels which would normally be considered as being acceptable, since the overall effect of such nonlinearity is directly dependent upon the level of the fundamental signal with which it is interacting. That is, the lower the fundamental signal, the more nonlinearity may be permitted. One advantage of the present invention, therefore, is the ability to use lower cost components in the compensation sections. Another advantage, when implementing a voltage controlled compensation circuit, is the ability to reduce current consumption of the compensation network.

Referring to FIGS. 1 and 4, the directional couplers shown in FIG. 1 rovide the following functions: (1) they efficiently sample and inject signal; (2) coupler **12**a isolates the device to be predistorted from distortion reflected from the distortion generator (item **22** in FIG. 1); and (3) coupler **12**b isolates the distortion compensation network (items **24**, **26**, **28** in FIG. 1) from the fundamental signal. This is important for reasons described previously. All of these functions can be performed by resistive splitters and combiners if extra gain is provided in the distortion path. Active mixer **120**a in FIG. 4, such as a Gilbert cell, is highly desirable for providing this extra gain. However, if additional isolation of the distortion compensation network is desired, amplifier **128** may be added and R132 adjusted. This may be necessary if a high level of second order predistortion is required, if the distortion compensation network has too much loss, or if highly nonlinear components are used in the distortion compensation network.

Still considering second order predistortion path **104**, it should be appreciated that the combination of mixer **120** with input resistive network **110** and, in fact, with output resistive network **130** is highly advantageous. The use of output resistive network **130** is facilitated as a result of the gain of mixer **120**a. Inherently, the resistive networks advantageously provide no frequency dependent attenuation which would serve to reduce bandwidth. It should be appreciated that amplifier **128** is considered as optional in view of specific values chosen for R132 and R134. That is, if the value of R132 is great enough, leakage of the fundamental signal into the compensation sections has been found to be at an acceptable level without the need for amplifier **128**. This holds even in instances where more significant levels of nonlinearity are permitted in the compensation section, as described above. Still further advantages associated with the combination of mixer **120**a and the resistive networks will be described.

With continuing reference to FIG. 4, attention is again directed to third order products path **108**. While the fundamental signal is suppressed to a level significantly below that of the second order products produced by mixer **120**b, this level of suppression is not possible in the products of mixer **120**c. The output of mixer **120**c is the cube of the fundamental signal. The Fourier transform of the cube of the fundamental has 9.5 dB more power in the fundamental than in the desired third order products. Therefore, further suppression of the fundamental signal is desirable. Fundamental cancellation network **151** has been found to be suitable in this application not only for the reason that sufficient can-

US 6,519,374 B1

7

cellation is achieved, but also since the use of magnetic components (i.e., inductors) is avoided, as will be further discussed. Moreover, with the addition of fundamental cancellation network 151, it is considered that the third order products path shares the advantages of the second order products path. For as example, if the value of R154 is great enough, leakage of the fundamental signal into the third order path compensation sections has been found to be at an acceptable level without the need for amplifier 128a. However, the values of R152 and R154 may be adjusted in view of isolation, and gain provided in the presence of amplifier 128a as described above with regard to amplifier 128.

Referring to FIGS. 1 and 2, the reader is reminded of the discussions above relating to the '754 patent. The latter utilizes directional couplers 12a and 12b which do provide isolation of the fundamental signal. At first appearance, therefore, the use of directional couplers seems advantageous since isolation is provided. However, in accordance with the present invention, the use of directional couplers is considered to be unacceptable for a number of reasons, irrespective of the isolation provided thereby. One reason for which it is desirable to avoid the use of directional couplers resides in their cost. The resistive networks used herein are insignificant in cost as compared with directional couplers. An even more compelling reason for using the configuration disclosed by the present invention will be described immediately hereinafter.

Referring to FIGS. 1, 2 and 4, as mentioned previously, directional couplers 12a and 12b (FIGS. 1 and 2) are typically implemented using magnetic components. The present invention recognizes that the use of these components is particularly disadvantageous since present technologies are incapable of providing such magnetic components as part of an overall integrated circuit. That is, if a predistortion circuit is to be provided in the compact form of an integrated circuit, the need for directional couplers should be eliminated. The predistortion arrangement of the present invention, as depicted in FIG. 4, serves this purpose. The combination of mixer 120 with the input and output resistive networks is readily provided in integrated circuit form. Moreover, predistortion arrangement 100 has also eliminated the need for other inductive components such as the transformers which are used in the predistortion path of the '754 patent while providing still further advantages through the manner in which the compensation circuitry is implemented along the predistortion path.

Attention is now directed to FIG. 5 which illustrates one embodiment of a predistortion arrangement for generating second order products which is manufactured in accordance with the present invention and generally indicated by the reference number 170. For purposes of clarity, reference numbers corresponding to like components in FIG. 4 will be used whenever possible. Second order intermodulation products path 106 is indicated and forms part of drive arrangement 170. During operation, the fundamental signal enters the predistortion path at a junction 180 of capacitor C182 and resistor R184. Capacitors C182 and C186 block DC from either end of delay line 136. Input resistive network 110 sends most of the fundamental signal through adjustable delay line 136 along primary path 104, however, a small amount of the fundamental signal is coupled into the RF (pin no. 4) and LO (pin no. 5) ports of Gilbert cell mixer 120a by resistors R184, R188, and R190. These latter resistors are preferably selected to drive the RF port of the mixer harder than the LO port since the LO port is buffered internal to the mixer. It is noted that the configuration of

8

input resistive network 110 varies slightly from its configuration in FIG. 4. Such modifications are considered as within the scope of the present invention. C192, C194 and C196 are DC blocking capacitors for the RF, LO, and IF (pin no. 1) ports of Gilbert mixer 120a. C198 and C200 provide a suitable RF ground below 50 MHz. Second order intermodulation products are produced at the IF output of mixer 120a (pin no. 1).

Still referring to FIG. 5, the second order products then pass through phase adjust section 124, slope adjust section 122 and amplitude adjust section 126. Phase adjust section includes varactors D202a and D202b. Resistors R204, R206, R208 and R210 are needed to bias the varactors in both phase adjust section 124 and slope adjust section 122. An external phase control voltage is provided on a line 212. The control voltage is coupled through R214 and filtered by capacitors C216 and C218. Slope adjust section 122 includes varactors D220a and D220b. An external slope adjust signal is provided on a line 222 and is filtered by resistor R224 cooperating with capacitors C226 and C228. Capacitor C230 serves as a DC block and couples the second order products signal to amplitude adjust section 126.

Continuing with a description of predistortion arrangement 170, the amplitude of the second order products is adjusted using a pin diode attenuator including PIN diodes D232a and D232b that are biased by a resistor R233. Note that amplifier 128 (FIG. 2) is not used here. An external amplitude control voltage is provided on a line 234 via resistor R236 and capacitor C238 for biasing the PIN diodes. Capacitor C240 couples the second order products to output resistive network 130 which is made up of resistors R242 and R244. As mentioned above and in this example, the gain of mixer 120a allows use of a relatively large resistance for R242 in the absence of amplifier 128 (FIG. 4) for limiting the leakage of the fundamental signal in the reverse direction into the compensation sections. Thus, the second order products are combined with the fundamental signal at a point 246 along primary path 104 following delay line 136.

Having described predistortion arrangement 170, it should be mentioned that the phase, slope and amplitude adjustments provided thereby are somewhat interactive. However, it should be appreciated that implementation of the circuit in a way which provides for an external control voltage for each section is highly advantageous since computer control is readily providable to these control lines. At the same time, as a result of the high isolation performance provided by mixer 120a, this external control configuration overcomes the difficulty inherent in the introduction of nonlinearity exhibited by the varactor diodes.

Referring to FIGS. 4 and 5, while predistortion arrangement 170 has been implemented using discrete components, it is to be understood that the entirety of the arrangement, with the present exception of delay line 136, may be provided in the form of an integrated circuit. The latter may include a configuration which is different from the specific configuration shown in FIG. 5 so long as equivalent functionality is achieved. Moreover, the present invention contemplates providing the entirety of predistortion arrangement 100 (FIG. 4), with the possible exception of its delay lines, in the form of an integrated circuit. In this regard, as described above, such integration is accomplished through the elimination of inductive components by using mixers in combination with resistive networks in the highly advantageous manner described above. Delay lines may be provided, for example, in the form of microstrip lines arranged in proximity to a predistortion integrated circuit that is manufactured in accordance with the present invention or by a coaxial cable.

US 6,519,374 B1

9

Since the predistortion arrangement disclosed herein may be provided in a variety of different configurations, it should be understood that the present invention may be embodied in many other specific ways without departing from the spirit or scope of the invention. Therefore, the present examples and methods are to be considered as herein, but may be modified within the scope of the appended claims.

What is claimed is:

1. A drive arrangement for use in an overall system including a nonlinear electro-optical device having a drive input to be operated using an input signal, said arrangement comprising:

a) first means for sampling a portion of said input signal;

b) at least one predistortion path including a double balanced mixer responsive to the sampled portion of the input signal to produce at least second order intermodulation products of the input signal and for conditioning the second order intermodulation products in a predetermined way; and

c) combining means for combining the conditioned second order intermodulation products with the sampled input signal in a way which produces a predistorted drive signal compensated for second order distortion that is provided to the drive input of said nonlinear electro-optical device.

2. A drive arrangement for use in an overall system including a nonlinear electro-optical device having a drive input to be operated using an input signal, said arrangement comprising:

a) first means for sampling a portion of said input signal;

b) at least one predistortion path including a mixer responsive to the sampled portion of the input signal to produce at least second order intermodulation products of the input signal and for conditioning the second order intermodulation products in a predetermined way; and

c) combining means for combining the conditioned second order intermodulation products with the sampled input signal in a way which produces a predistorted drive signal compensated for second order distortion that is provided to the drive input of said nonlinear electro-optical device; and

said mixer includes an RF input, and LO input and an IF input and wherein the RF and LO inputs both receive the sampled input signal such that the second order intermodulation products are produced at said IF output.

3. The drive arrangement of claim 2 wherein said mixer is a Gilbert cell mixer.

4. The drive arrangement of claim 1 wherein said combining means includes delay means which delays the sampled input signal before combining the conditioned second order intermodulation products in a way which compensates for any delays produced in said predistortion path.

5. The drive arrangement of claim 1 wherein said sampling means includes a resistive voltage divider network for sampling said portion of the input signal without the use of magnetic components.

6. The drive arrangement of claim 3 wherein said mixer and said resistive voltage divider network are provided as part of an integrated circuit.

7. A drive arrangement for use in an overall system including a nonlinear electro-optical device having a drive

10

input to be operated using an input signal, said arrangement comprising:

a) first means for sampling a portion of said input signal;

b) at least one predistortion path including a mixer responsive to the sampled portion of the input signal to produce at least second order intermodulation products of the input signal and for conditioning the second order intermodulation products in a predetermined way; and

c) combining means for combining the conditioned second order intermodulation products with the sampled input signal in a way which produces a predistorted drive signal compensated for second order distortion that is provided to the drive input of said nonlinear electro-optical device; and wherein

said combining means includes a resistive voltage divider network for combining the conditioned second order intermodulation products with said portion of the input signal.

8. The drive arrangement of claim 7 wherein said mixer and said resistive voltage divider network are provided as part of an integrated circuit.

9. The drive arrangement of claim 7 wherein said conditioned second order intermodulation products are combined with said portion of the input signal by first using delay means to delay the sampled input signal in a way which compensates for any delays produced in said predistortion path prior to combining the conditioned second order intermodulation products with said portion of the input signal in said resistive voltage divider network.

10. A drive arrangement for use in an overall system including a nonlinear electro-optical device having a drive input to be operated using an input signal, said arrangement comprising:

a) first means for sampling a portion of said input signal;

b) at least one predistortion path including a mixer responsive to the sampled portion of the input signal to produce at least second order intermodulation products of the input signal and for conditioning the second order intermodulation products in a predetermined way; and

c) combining means for combining the conditioned second order intermodulation products with the sampled input signal in a way which produces a predistorted drive signal compensated for second order distortion that is provided to the drive input of said nonlinear electro-optical device; and wherein

said distortion path including said mixer is provided as part of an integrated circuit.

11. The drive arrangement of claim 10 wherein said sampling means is provided as part of said integrated circuit.

12. The drive arrangement of claim 11 wherein said combining means includes a resistive network provided as part of said integrated circuit for combining the conditioned second order intermodulation products with said portion of the input signal.

13. The drive arrangement of claim 1 wherein said predistortion path includes at least one module for conditioning the second order intermodulation products, said module including a configuration which provides for external control of said conditioning.

14. The drive arrangement of claim 13 wherein said module includes at least one varactor responsive to said external control.

15. The drive arrangement of claim 14 wherein said varactor is a semiconductor varactor diode.

**11**

16. A drive arrangement for use in an overall system including a nonlinear electro-optical device having a drive input to be operated using an input signal, said arrangement comprising:

a) first means for sampling a portion of said input signal;

b) at least one predistortion path including a mixer responsive to the sampled portion of the input signal to produce at least second order intermodulation products of the input signal and for conditioning the second order intermodulation products in a predetermined way;

c) combining means for combining the conditioned second order intermodulation products with the sampled input signal in a way which produces a predistorted drive signal compensated for second order distortion that is provided to the drive input of said nonlinear electro-optical device;

d) second means for sampling another portion of said input signal;

e) at least one additional predistortion path including at least first and second additional, double balanced, mixers for using the other sampled portion of the input signal to produce higher order intermodulation products of the input signal which are higher in order than the second order intermodulation products and for conditioning the higher order intermodulation products in said predetermined way; and

f) additional combining means for combining the conditioned higher order intermodulation products with the sampled input signal in a way which produces said predistorted drive signal compensated for the higher order distortion that is provided to the drive input of said nonlinear electro-optical device.

17. The drive arrangement of claim 16 wherein said additional mixers include an RF input, an LO input and an IF input and wherein the RF and LO inputs of the first additional mixer receive the sampled other portion of said input signal to generate second order intermodulation prod-

**12**

ucts at the IF output of said first additional mixer for use by the second additional mixer.

18. The drive arrangement of claim 17 wherein the RF input of said second additional mixer receives said second order intermodulation products from the IF output of said first additional mixer and the LO input of said second additional mixer receives the sampled other portion of the input signal to generate third order intermodulation products as said higher order intermodulation products at the IF output of said second additional mixer.

19. The drive arrangement of claim 16 wherein said additional combining means includes additional delay means which delays the sampled input signal combined with the second order intermodulation products before combining the conditioned third order intermodulation products with the conditioned second order intermodulation products and the sampled input signal in a way which compensates for any delays produced in the additional predistortion path.

20. The drive arrangement of claim 16 wherein said first and second additional mixers are Gilbert cell mixers.

21. A drive arrangement for use in an overall system including a nonlinear electro-optical device having a drive input to be operated using an input signal, said arrangement comprising:

a) first means for sampling a portion of said input signal;

b) at least one predistortion path including a double balanced mixer for using the sampled portion of the input signal to produce second or higher order intermodulation products of the input signal and for conditioning the higher order intermodulation products in a predetermined way; and

c) combining means for combining the conditioned higher order intermodulation products with the sampled input signal in a way which produces a predistorted drive signal compensated for higher order distortion that is provided to the drive input of said nonlinear electro-optical device.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,519,374 B1                                    Page 1 of  1
DATED           : February 11, 2003
INVENTOR(S)  : Christopher Robert Stook and Stephen Bradley Krasulick

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [73], Assignee, delete "**Uniphase Corporation**, San Jose, CA (US)" add
-- **JDS Uniphase Corporation**, San Jose, CA (US) --

Signed and Sealed this

Fourth Day of November, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

Case 1:07-cv-00150-SLR    Document 1-2    Filed 03/15/2007    Page 15 of 15

Case 2:06-cv-01202-DWA    Document 52    Filed 03/14/2007    Page 1 of 1
Case 2:06-cv-01202-DWA    Document 38-2    Filed 02/23/2007    Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

EMCORE CORPORATION,
JDS UNIPHASE CORPORATION,

        Plaintiffs,

    v.

OPTIUM CORPORATION,

        Defendant.

Civil Action No. 2:06-CV-01202

Judge Donetta W. Ambrose

**ORDER**

    And now, this _____ day of _____, 2007, it is hereby ORDERED

that Plaintiffs' Motion For Leave to Amend Complaint is GRANTED.  Plaintiffs' Amended

Complaint, attached as Exhibit A to Plaintiffs' Motion, is deemed filed as of this date.

Defendant has ten (10) days from the date of this Order to respond to the Amended

Complaint.

_____, J.
UNITED STATES DISTRICT JUDGE

3/14/07

Denied - Amendment of pleadings does not
mean that a completely new lawsuit will be added.
The current schedule contemplates mediation next
week. R. 26 disclosures, infringement & noninfringement
contentions & claim construction positions have
been exchanged. To include an entirely new patent
at this stage would result in delay, not in the
spirit of the L.P.Rs.

Donetta F. Ambrose

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

OPTIUM CORPORATION

## DEFENDANTS

EMCORE CORPORATION and JDS UNIPHASE CORPORATION

(b) County Of Residence Of First Listed Plaintiff: New Castle
(Except In U.S. Plaintiff Cases)
Essex County

County Of Residence Of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) Attorneys (Firm Name, Address, And Telephone Number)

Chad S. Stover (No. 4919)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An X In One Box For Plaintiff And

(For Diversity Cases Only)    One Box For Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## V. NATURE OF SUIT (Place An X In One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 U.S.C. 881<br>☐ 630 Liquor Laws<br>☐ 640 R R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 U.S.C. 158<br>☐ 423 Withdrawal 28 U.S.C. 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce ICC Rates, etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 U.S.C. 3410<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>Habeas Corpus<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl Ret Inc Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 U.S.C 7609 | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTSE UNLESS DIVERSITY.):
35 U.S.C. § 101 et seq.

Brief description of cause:
Declaratory judgment action for patent infringement.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

CLASS ACTION ☐ YES ☒ NO

DEMAND $

Check YES only if demanded in complaint
JURY DEMAND ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)

JUDGE:                DOCKET NUMBER:

DATE 3/15/07

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _0 7 - 1 5 0_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85.

MAR 1 5 2007

_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Matthew D. Gordon

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action