IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTIUM CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>EMCORE CORPORATION,<br>JDS UNIPHASE CORPORATION<br><br>Defendants. | CIVIL ACTION NO.<br><br>JURY TRIAL DEMANDED |

### OPTIUM CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Optium Corporation hereby discloses that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of Optium Corporation's stock.

Dated: March 15, 2007.                Respectfully submitted,

By: /s/ Christian Douglas Wright
John W. Shaw (No. 3362)
Christian Douglas Wright (No. 3554)
Chad S.C. Stover (No. 4419)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: jshaw@ycst.com

*Attorneys For Optium Corporation*

OF COUNSEL:

Douglas J. Kline
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1540
Facsimile: (617) 523-1231
Email: dkline@goodwinprocter.com
Email: mmcnamara@goodwinprocter.com

Benjamin Hershkowitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: bhershkowitz@goodwinprocter.com