IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTIUM CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-150-SLR |
| | ) |
| EMCORE CORPORATION and | ) |
| JDS UNIPHASE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 20th day of November, 2007,

IT IS ORDERED that, on or before **December 20, 2007**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to timely serve process on defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge