IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTIUM CORPORATION, </br></br>  Plaintiff, </br></br> v. </br></br> EMCORE CORPORATION and </br> JDS UNIPHASE CORPORATION, | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 07-150-SLR </br> ) </br> ) </br> ) |

**NOTICE OF DISMISSAL**

Please take notice that plaintiff hereby dismisses this action without prejudice.

            YOUNG CONAWAY STARGATT &
            TAYLOR, LLP

            */s/ John W. Shaw*
            _____
            John W. Shaw (No. 3362)
            1000 West Street
            Wilmington, DE 19801
            (302) 571-6600
            jshaw@ycst.com
            Attorneys for Plaintiff

Dated: December 21, 2007